MÉNDEZ, PLAINTIFF AND APPELLANT, *v.* BANCO COMERCIAL, DEFENDANT AND APPELLEE.

APPEAL from the District Court of San Juan, Section 1, in an Action for Damages.

No. 1837.—Decided July 24, 1918.

NONSUIT—DEMURRER—EVIDENCE.—A motion for nonsuit is similar to a demurrer to the evidence; therefore, when the plaintiff makes out a *prima facie* case a motion for nonsuit will not be sustained. The only way in which the defendant may obtain a ruling on the weight of the evidence is by resting his case.

The facts are stated in the opinion.

*Messrs. O. M. Wood* and *O. B. Frazer* for the appellant.

*Mr. Antonio Sarmiento* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

Plaintiff brought suit for damages resulting from a refusal to honor a check and has appealed from an order of nonsuit. Although perhaps not very strong, there was some evidence to prove damages, inasmuch as witnesses offered testimony tending to show that the credit of complainant was actually affected, and as thus a *prima facie* case was made out, the question arises whether the court could dispose of the case by granting the motion of nonsuit. The defendant did not offer to submit, but by filing the motion of nonsuit relied on the alleged failure of proof. We have pointed out that a motion of nonsuit is like a demurrer to the evidence. *Vargas* v. *Monroig e Hijos*, 15 P. R. R. 26; 38 Cyc. 155 *et seq.* See also *Rivera* v. *Díaz*, 19 P. R. R. 524. Hence, as complainant made a *prima facie* case, a motion for nonsuit was not in order. The only way a defendant can cause the court to pass on the weight of the evidence is by resting his case.

The judgment must be reversed and a new trial ordered.

*Reversed and remanded.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.